UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KIMBERLY AKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>REAL TIME RESOLUTIONS, INC.,<br><br>Defendant. | Case No.: 13-cv-1311<br><br><br>Hon. William E. Callahan, Jr. |

## STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

Plaintiff Kimberly Aker and Defendant Real Time Resolutions, Inc., by their respective counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendant are dismissed with prejudice and with each party to bear its own costs. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Dated this 24th day of February 2014.

ADEMI & O'REILLY, LLP

/s/ John D. Blythin
John D. Blythin (SBN 1046105)
3620 E. Layton Avenue
Cudahy, WI 5311
Phone No.:  414-482-8000
Fax No.:  414-482-8001
E-mail Address:  jblythin@ademilaw.com

*Attorneys for Plaintiff*

Dated this 24th day of February 2014.

HINSHAW & CULBERTSON LLP

2

/s/ David J. Hanus
David J. Hanus
100 E. Wisconsin Ave., Suite 2600
Milwaukee, WI  53202
414-276-6464
414-276-9220 fax
dhanus@hinshawlaw.com

*Attorneys for Defendant*

2